UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MAURICE DAVIS,

        Petitioner,

    -against-                                    08 Civ. 6235 (LAK)

JAMES WALSH, Superintendent,
Sullivan Correctional Facility

        Respondent.
------------------------------------------------------------x

[USDS SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9/3/08]

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Maurice Davis has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the Rules Governing § 2254 Cases in the United States Courts, I have given the Petition preliminary consideration and direct that the District Attorney or the Attorney General, as agreed between themselves, file an Answer within thirty (30) days of the date of this Order. The Clerk of the Court is directed to serve, by Certified Mail, Return Receipt Requested, a copy of this Order and the underlying Petition on the Honorable Andrew M. Cuomo, Attorney General of the State of New York, and on the Honorable Robert M. Morgenthau, the District Attorney of New York County.

        SO ORDERED.

Dated:      September 2, 2008

                                                                                                             Lewis A. Kaplan
                                                                                        United States District Judge

Copies mailed 9/3/08
Chambers of Judge Kaplan
        LBD